

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-15-00461-CV

**ESTATE OF WILLIAM H. MATTHEWS, III, DECEASED**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2415
Honorable Kelly Cross, Judge Presiding

## O R D E R

On August 31, 2016, this court issued its opinion and judgment in this appeal. On September 8, 2016, Appellant filed an unopposed first motion for extension of time to file a motion for rehearing and a motion for en banc reconsideration until October 10, 2016. *See* TEX. R. APP. P. 49.1, .7, .8.

Appellant's motion for extension of time is GRANTED. Appellant's motion for rehearing and motion for en banc reconsideration are due by October 10, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court